# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| US BANK TRUST NATIONAL ASSOCIATION § § § § § § § | CIVIL ACTION NO. 3:22-CV-2740-S-BK |
| v. | |
| DONALD CHAE and YOON J. CHAE | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Plaintiff's Motion for Default Judgment Against Defendant Donald Chae [ECF No. 11] is **GRANTED**.

**SO ORDERED.**

SIGNED December 8, 2023.

_____
UNITED STATES DISTRICT JUDGE