IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION, <br><br>Plaintiff, <br><br>v. <br><br>DONALD CHAE and YOON J. CHAE, <br><br>Defendants. | § § § § § § § § § § § § § § § Civil Action No. 3:22-CV-02740-S-BK |

## PLAINTIFF'S MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiff U.S. Bank Trust National Association, not in its Individual Capacity but solely as Owner Trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("U.S. Bank" or "Plaintiff") and Attorney Ad Litem W. David Griggs representing the interests of Defendant Yoon J. Chae file this *Motion for Entry of Agreed Final Judgment* (the "Motion"), and respectfully show the Court as follows:

The Parties have now reached an agreement to resolve this dispute as evidenced by their counterpart signatures on the *Agreed Final Judgment*. Accordingly, Plaintiff files this Motion and seeks the entry of the agreed judgment that will fully resolve this matter between the Parties, in accordance with their agreement.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff requests that this Court enter the attached hereto Agreed Judgment in this cause and such other relief to which it is entitled.

Respectfully submitted,

By: /s/ Nicholas M. Frame
   **NICHOLAS M. FRAME**
   Texas Bar No. 24093448
   nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2685 (Phone)
214-635-2686 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the June 13, 2024, a true and correct copy of the foregoing document was delivered in the method described below:

**Via ECF**
W. David Griggs
State Bar No. 08491100
1925 Belt Line Rd., Suite 552
Carrollton, Texas 75006
Telephone: (972) 416 2500
Fax: (972) 417-0685
david@dgriggs.com
*Attorney ad Litem for Defendant Yoon J. Chae*

**Via Regular Mail:**
Donald Chae
1401 Washington Avenue
Wilmette, Illinois 60091
*Defendant*

   /s/ Nicholas M. Frame
   **NICHOLAS M. FRAME**